IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MUSTAFA A. HAMMAD,

    Plaintiff,

vs.                                              Case No. 5:17-cv-288-RH-GRJ

ALEX M. AZAR II, in his capacity
as Secretary of the United States
Department of Health and Human
Services,

    Defendant.

_____/

## **SCHEDULING ORDER**

This action for review of a decision of the Medicare Appeals Council ("MAC") is presently before the Court on Defendant's answer and notice of administrative record certification. (ECF Nos. 7–8.) The Court conducted a telephonic hearing on April 12, 2018, to discuss a briefing schedule and other case management issues. Based upon the discussions during the hearing, it is:

**ORDERED** that counsel shall confer in person or by telephone to discuss whether the parties consent to the United States Magistrate Judge conducting all further proceedings in this case, including entry of final judgment, with appeal to the United States Court of Appeals for the

Eleventh Circuit. If the parties consent to the United States Magistrate Judge conducting all further proceedings, the parties shall file a Consent Form. Absent consent, the United States Magistrate Judge will prepare a report and recommendation to the United States District Judge. It is:

**FURTHER ORDERED** that, on or before the following dates, the parties shall file and serve a brief setting forth concisely the basis for the affirmance or reversal of the final decision of the MAC, and a detailed analysis of the administrative record, **with citation of authorities in support of the party's position, and to the administrative record:**

| | |
|---|---|
| **Plaintiff's Initial Brief:** | **July 13, 2018** |
| **Defendant's Response:** | **September 11, 2018** |
| **Plaintiff's Reply:** | **October 1, 2018** |

The parties may include a request for oral argument in their briefs. Oral argument is not a necessary part of the review process, but the Court may determine that oral argument would assist the Court in resolving the issues. The parties must prepare a stipulated administrative record containing the pertinent portions of the administrative record for the Court to review and must file the stipulated administrative record with the Clerk at the conclusion of the briefing.

Motion practice in accordance with Rule 12(c) (judgment on the pleadings) or Rule 56 (summary judgment) of the Federal Rules of Civil Procedure is not necessary in a case of this nature.

**DONE AND ORDERED** this 12th day of April 2018.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge