IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MUSTAFA A. HAMMAD,

    Plaintiff,

v.                                    CASE NO. 5:17-cv-288-RH-GRJ

ALEX M. AZAR, II, in his capacity
as Acting Secretary of the United
States Department of Health and
Human Services,

    Defendant.

_____/

## O R D E R

This matter is before the Court on ECF No. 24, Defendant's Response Brief. Due to the size of the administrative record in this case, the parties filed a stipulated record under seal. ECF No. 27. Although Defendant's Response Brief references the expert "report of Alina Moya, Chief Statistician with SafeGuard Services, submitted June 5, 2014" and the expert report of Plaintiff's statistician, Dr. Bruce Kardon, ECF No. 24 at 18-19, the reports were not included in the stipulated record. Defendant must supplement the stipulated record with the aforementioned reports for the Court's review.

Accordingly, it is **ORDERED**:

Defendant must supplement the stipulated record with the reports of Alina Moya and Dr. Bruce Kardon **on or before September 23, 2019**.

**DONE AND ORDERED** this 11th day of September 2019.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge