IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MUSTAFA A. HAMMAD, M.D.,

      Plaintiff,

v.                                    CASE NO. 5:17cv288-RH-GRJ

ALEX M. AZAR II,
Secretary, United States Department
of Health and Human Services,

      Defendant.

_____/

## ORDER ON THE MERITS

      This plaintiff is a physician. He challenges a decision of the Secretary of the Department of Health and Human Services as rendered through the Medicare Appeals Council. The case is before the court on the magistrate judge's report and recommendation, ECF No. 32, and the objections, ECF No. 38. I have reviewed de novo the issues raised by the objections. The report and recommendation is correct and is adopted as the court's opinion. No purpose would be served by a further discussion of the merits.

      One note is in order. I have reviewed the record, but it has not been easy. The record includes not only written materials filed in the court's electronic filing

system, *see, e.g.*, ECF Nos. 27 and 29, but also an audio recording of the hearing before the administrative law judge and written materials included on password-protected compact disks. Much of the audio recording is of poor quality, but the quality is good for the testimony of Dr. Harold S. Haller, on which the plaintiff places primary reliance. The password provided to the court's staff did not work for some of the compact disks, so the staff arranged access to the material through the government's password-protected USAfx account. I thus have been able to access the entire record. If there is an appeal, the parties should ensure that the record—or at least the pertinent part of it—is more easily accessible for the Court of Appeals.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The decision of the Secretary of the United States Department of Health and Human Services is affirmed. The clerk must enter judgment and close the file.

SO ORDERED on March 30, 2021.

s/Robert L. Hinkle
United States District Judge